UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ZAID ABDUL-AZIZ, individually and on behalf of
all others similarly situated,

                              Plaintiff,                Docket No. 1:17-cv-08901-VSB

                v.

NATIONAL BASKETBALL ASSOCIATION
PLAYERS' PENSION PLAN,

                              Defendant.

------------------------------------------------------------------X

## NOTICE OF APPEAL

     Notice is hereby given that Plaintiff Zaid Abdul-Aziz, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's Opinion and Order dated March 20, 2019 granting defendant's Rule 12(b)(6) motion to dismiss (Doc. No. 30) and the Clerk's Judgment dated March 20, 2019 dismissing Plaintiff's claims and closing the case (Doc. No. 31).

Dated:  March 27, 2019

                                                 Respectfully Submitted:
                                                 **MELANCON | RIMES, LLC**

                                                 s/ Jason L. Melancon
                                                 Jason L. Melancon
                                                 Robert C. Rimes
                                                 R. Lee Daquanno, Jr.
                                                 P.O. Box 82859 (70884)
                                                 6700 Jefferson Hwy., Bldg. 6
                                                 Baton Rouge, LA 70806
                                                 Jason@melanconrimes.com
                                                 *Counsel for the Plaintiff*